**No. D-2555. In the Matter of Disbarment of Robert L. Shepherd.**

565 U.S. 974, 132 S. Ct. 544, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7630.

October 31, 2011. Disbarment entered.

Former order, 562 U.S. 816, 131 S. Ct. 408, 178 L. Ed. 2d 272, 2010 U.S. LEXIS 7505.

**No. D-2588. In the Matter of Disbarment of David Robert Osborne.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7618.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1015, 131 S. Ct. 3052, 180 L. Ed. 2d 868, 2011 U.S. LEXIS 4568.

**No. D-2589. In the Matter of Disbarment of Steven Boyd Alderman.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7646.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1016, 131 S. Ct. 3052, 180 L. Ed. 2d 869, 2011 U.S. LEXIS 4584.

**No. D-2591. In the Matter of Disbarment of Stephen J. Jones.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7670.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1016, 131 S. Ct. 3053, 180 L. Ed. 2d 869, 2011 U.S. LEXIS 4583.

**No. D-2592. In the Matter of Disbarment of James Michael Kordell.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7677.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1016, 131 S. Ct. 3053, 180 L. Ed. 2d 869, 2011 U.S. LEXIS 4586.

**No. D-2593. In the Matter of Disbarment of F. Richard Losey.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7920.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1016, 131 S. Ct. 3053, 180 L. Ed. 2d 869, 2011 U.S. LEXIS 4580.

**No. D-2594. In the Matter of Disbarment of Barry Stephen Tabachnick.**

565 U.S. 974, 132 S. Ct. 545, 181 L. Ed. 2d 391, 2011 U.S. LEXIS 7694.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1016, 131 S. Ct. 3053, 180 L. Ed. 2d 869, 2011 U.S. LEXIS 4577.